ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| LOTOS s.r.l. | ) ASBCA No. 62229 |
| | ) |
| Under Contract No. N33191-13-D-0863 | ) |

APPEARANCE FOR THE APPELLANT:     Reed L. von Maur, Esq.
                                                              AM Pfingstborn 33A
                                                              Glashuetten, GER

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                                                  Navy Chief Trial Attorney
                                                                  Patricia Walter, Esq.
                                                                  Trial Attorney

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: July 27, 2022

_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62229, Appeal of LOTOS s.r.l., rendered in conformance with the Board's Charter.

Dated: July 27, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals